FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) __Preston R Grimes  KE8295__
   (Name of Plaintiff)    (Inmate Number)

   __St Petersburg FL 33733__
   (Address) __PO Box 33028__

(2) __Preston Grimes  KE8295__
   (Name of Plaintiff)    (Inmate Number)

   __St Petersburg FL 33733__
   (Address) __PO Box 33028__

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) __District Attorney Amy Beth Schwarzl__
    P.D
(2) __Zachary Flemins Public Defender__
(3) __Judge F Cubillo__
   (Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

__1:25cv 2086__
(Case Number)

CIVIL COMPLAINT

FILED
HARRISBURG, PA
NOV 04 2025
PER __IBR__
DEPUTY CLERK

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS
                   __✓__ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   __I like to Have PELLET BAIL__
   __WITNES for THE DA TO Be Sopress Monago__
   __Ashley To Besopess. ann Keppley lenllE lin__
   __To Be. Sopress ann Ward Harlyl__

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? The Superior court RECEIVED MAR 1 2024 ORDER HBS

2. What was the result? _____

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: PresTONIR Grimes
Employed as N/A at N/A
Mailing address: NA
(2) Name of second defendant: NA
Employed as NA at NA
Mailing address: NA
(3) Name of third defendant: NA
Employed as NA at ___
Mailing address: NO

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Mr Fleming Din NOT call my witness I Need witnes To sopint Mr Fleming Do D.NeT sopint witness like Marcih Biller 717 903-9086

2

2. He Din Not call or SoPint Maniey Kileinx 717 854-1729 DA Din Not call my vitnes or (PD) Awitess may Net Make A in court Identificqation ofter on uncounseled linup

3. Identificqtor I full A Motion To Be Suppess PD is interferene He Din set Do my Motion I like af A Michele Schreffer Did Not (ID) ME Preston Grimes

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Magiterjai District court To (ID) Prestcn R Grimes Michele Schreffer Did Net come To magiterjai Distici court (at art court) She Did Not (ID) Me as Man

2. robbery Michele Schreffer like Pellct Ball like to Michel Schrffer To Suppess Preston Grimes was Trial by Jury at The Jury Michele Schreffer

3. Did Not ID ME at (Trial by Jury)

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 20____.

_____
(Signature of Plaintiff)

Smart Communications/PADOC
SCI- GREENE
Name Preston Grimes #KE9295
Number KE9295
PO Box 33028
St Petersburg FL 33733

RECEIVED
OCT 27 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

PITTSBURGH PA 150
PA DEPT OF
22 OCT 2025 PM 1 L
CORR 2025 PM 1
INMATE MAIL

ZIP 15370
02 4W
0000383425
US POSTAGE PITNEY BOWES
$ 000.74⁰
OCT 21, 2025

Theodore Levin US Courthouse
231 V Lafayette Blvd,
Destroct MT 48226

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD. - ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

RECEIVED
HARRISBURG, PA
NOV 04 2025
PER _____
DEPUTY CLERK

Clerk's Office
Sylvia H. Rambo
United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

FIRST-CLASS



ZIP 48226
02 7W
000B03734,3 OCT 28 2025
US POSTAGE
$ 004.14°